Gerti Muho
1100 Biscayne Blvd. 5303
Miami, FL 33132
Tel: 1 212 480 0001
Email: gm@gmcapital.net

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | x |  |
| In the matter of: | x | Case No. 13-13098-reg |
| SOUNDVIEW ELITE, LTD., et al. | x |  |
| Debtors, | x |  |
|  | x |  |

## NOTICE OF APPEAL ORDER OF AUGUST 6, 2014 (DOC # 306) TO DISTRICT COURT

Gerti Muho, the party in interest appeals under 28 U.S.C. § 158(a) from the Order of the

Bankruptcy Judge Robert E. Gerber denying Gerti Muho's "Motion To Remove Chapter 11

Trustee, Dismiss This Action, And Other And Further Relief" to the District Court in this

adversary proceeding where Gerti Muho, Alphonse Fletcher, Jr., counsel for the U.S. Trustee,

and counsel for the Trustee Jones Day argued on the sixth day of August, 2014, with order

entered on that day and filed on the seventh day of August, 2014. (Docket # 306)

The names of all parties to the judgement, order, or decree appealed from and the names,

addresses, and telephone numbers of their respective attorneys are as follows:

1. **America Alternative Investments Inc**

Represented by **Karen Ostad**

Ostad PLLC

185 Great Neck Road

Suite 330

Great Neck, NY 11021

917-443-1558


2. **Corinne Ball, for Jones Day LLP**

Represented by **Amy Edgy Ferber** and **Veerle Roovers**

Jones Day

222 East 41st Street

New York, NY 10017

212-326-3939


3. **CohnReznick LLP**

333 Thornall Street

Attn: Bernard A. Katz

Edison, NJ 08837


4. **Alphonse Fletcher, Jr.**

48 Wall Street, Fourth Floor

New York, NY 10005

(212) 284-4800

5. **George P.E. Gigliolo**

Represented by **Karen Ostad**

Ostad PLLC

185 Great Neck Road

Suite 330

Great Neck, NY 11021

917-443-1558


6. **Kirkland & Ellis LLP**

Represented by **Andrew G. Horne**

Kirkland & Ellis, LLP

153 East 53rd Street

New York, NY 10022

(212) 446-4800


7. **George E. Ladner**

(unknown)


8. **Deborah Hicks Midanek**

Represented by **Karen Ostad**

Ostad PLLC

185 Great Neck Road

Suite 330

Great Neck, NY 11021

917-443-1558

9. **Optima Absolute Return Fund Ltd**

Represented by **Karen Ostad**

Ostad PLLC

185 Great Neck Road

Suite 330

Great Neck, NY 11021

917-443-1558


10. **Pasig Ltd.**

Represented by **Jeffrey R. Gleit**

Togut, Segal & Segal LLP

One Penn Plaza

Suite 3335

New York, NY 10119

(212) 594-5000

and **Andrew K. Glenn**

Kasowitz, Benson, Torres & Friedman LLP

1633 Broadway

New York, NY 10019

(212) 506-1747

**11. Peter Anderson and Matthew Wright, as Joint Official Liquidators of Soundview Elite Limited, Soundview Premium and Soundview Star Limited**

Represented by **Gary S. Lee** and **John A Pintarelli**

Morrison & Foerster LLP

1290 Avenue of the Americas

40th Floor

New York, NY 10022

(212) 468-8042

**12. Porzio, Bromberg & Newman, P.C.**

Represented by **Warren J. Martin, Jr.**

Porzio, Bromberg & Newman, P.C.

100 Southgate Parkway

Morristown, NJ 07962

973-538-4006

**13. Richcourt Allweather Fund Inc**

Represented by **Karen Ostad**

Ostad PLLC

185 Great Neck Road

Suite 330

Great Neck, NY 11021

14. **Solon Group Inc**

Represented by **Karen Ostad**

Ostad PLLC

185 Great Neck Road

Suite 330

Great Neck, NY 11021


15. **Soundview Elite Ltd.**

Represented by **Kelly D. Curtin, Warren J. Martin, Jr., Michael J. Naporano**, and **Mark J. Politan**

Porzio, Bromberg & Newman, PC

100 Southgate Parkway

Morristown, NJ 07962-1997

973-538-4006


16. **United States Trustee**

Represented by **Richard C. Morrissey**

Office of the U.S. Trustee

33 Whitehall Street, 21st Fl.

New York, NY 10004

(212) 510-0500


17. **Weil, Gotshal & Manges LLP**

767 Fifth Avenue

New York, NY 10153

(212) 310-8000

18. **Wilmington Trust, National Association**

Represented by **Michael J. Merchant**

Richards, Layton & Finger, P.A.

One Rodney Square

920 North King Street

Wilmington, DE 19801

(302) 651-7700


19. Gerti Muho

1100 Biscayne Blvd. 5303

Miami, FL 33132

1 212 480 0001

Dated: 8/11/2014

Signed _____

Gerti Muho, Appellant

Address:  1100 Biscayne Blvd. 5303, Miami, FL 33132

Telephone No. 1 212 480 0001


If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

Gerti Muho
1100 Biscayne Blvd. 5303
Miami, FL 33132
Tel: 1 212 480 0001
Email: gm@gmcapital.net

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____ x

In the matter of:                                    x          Case No. 13-13098-reg

      SOUNDVIEW ELITE, LTD., et al.         x

                    Debtors,         x

_____ x

## ELECTION OF APPEAL TO DISTRICT COURT

    Appellant Gerti Muho files this statement that he demands his appeal from the Order of

August 6, 2014 (Docket # 306) be heard before and by the District Court.


Dated: 8/11/2014

                                                    _____
                                                    Gerti Muho, Appellant